TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SONIA NATH
Special Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-0141
    E-mail:   sonia.nath@fda.hhs.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES Of AMERICA, | No. CR 21-00026-SVW |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| Hematology Oncology Consultants, a California Partnership | |
| Defendants. | |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-Mail Address |
|---|---|---|
| | | |
| Newly Assigned AUSA | Sonia Nath | Sonia.Nath@fda.hhs.gov |

    Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

added AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: February 10, 2021          Respectfully submitted,

                                  TRACY L. WILKISON
                                  Acting United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                   /s/
                                  SONIA NATH
                                  Special Assistant United States
                                  Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA